## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JASON A. SANABRIA,** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **CIVIL NO. 20-4091** |
| | : | |
| **DR. GREGORY HELLWIG,** *et al.,* | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 15th day of December, 2020, upon consideration of Jason A. Sanabria's

Amended Complaint (ECF No. 12), Petition (ECF No. 13), Motion to Proceed *In Forma*

*Pauperis* (ECF No. 14), Prisoner Trust Fund Account Statement (ECF No. 15) and Letter (ECF

No. 16), it is **ORDERED** that:

1.　　The Motion for Leave to Proceed *In Forma Pauperis* is **MOOT** because the

Court has already granted Mr. Sanabria leave to proceed *in forma pauperis* in this matter.

2.　　The Clerk of Court shall **AMEND** the caption on the docket to reflect that the

Defendants are: (a) St. Luke's (Sacred Heart Campus); and (b) Allentown Police Department.

3.　　The Amended Complaint is **DISMISSED** in its entirety for the reasons in the

Court's Memorandum as follows:

　　　　a.　Mr. Sanabria's federal claims are **DISMISSED WITH PREJUDICE** for

　　　　failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and

　　　　b.　Mr. Sanabria's state claims are **DISMISSED WITHOUT PREJUDICE** for

　　　　lack of subject matter jurisdiction.

4.      The Clerk of Court shall **CLOSE** this case for all purposes, including statistics.

BY THE COURT:

GENE E.K. PRATTER, J.