IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JASON A. SANABRIA**<br>    **Plaintiff** | :<br>:<br>: |
| **v.** | :   **CIVIL ACTION NO. 20-4091**<br>: |
| **ST. LUKES HOSPITAL (SACRED HEART CAMPUS)**, *et al.*<br>    **Defendants** | :<br>:<br>: |

## ORDER

AND NOW, this 21st day of December, 2020, upon consideration of Plaintiff Jason A. Sanabria's Second Amended Complaint (ECF Nos. 17 & 18), it is **ORDERED** that:

1. The Court will **VACATE** its December 15, 2020 Order (ECF No. 20) to the extent that Order dismissed this case with prejudice.

2. The Clerk of Court shall **REOPEN** this case so that the Court may consider Sanabria's Second Amended Complaint.

3. The Clerk of Court shall **AMEND** the caption to reflect the caption of the Second Amended Complaint by indicating that the Defendants are: (a) St. Luke's (Sacred Heart Campus); (b) Allentown Police Department; and (c) Lehigh County Jail.

4. The Second Amended Complaint is **DISMISSED** in its entirety for the reasons in the Court's Memorandum as follows:

    a. Mr. Sanabria's federal claims against St. Luke's (Sacred Heart Campus) and the Allentown Police Department are **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

      b. Mr. Sanabria's state claims St. Luke's (Sacred Heart Campus) and the Allentown Police Department are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction; and

      c. Mr. Sanabria's claims against the Lehigh County Jail based on his current conditions of confinement are **DISMISSED WITHOUT PREJUDICE** to Mr. Sanabria raising those claims in a new lawsuit filed against appropriate defendants.

5. The Clerk of Court shall **CLOSE** this case for all purposes, including statistics.

BY THE COURT:

_____
GENE E.K. PRATTER, J.